

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROSA MARIA JIMENEZ-GUDINO, AKA Rosemary Contreras, AKA Rosa Maria Hernandez, AKA Rosemary Hernandez, AKA Rosemary Jimenez, AKA Rosa Maria Jiminez, Petitioner, v. ERIC H. HOLDER, Jr., Attorney General, Respondent. | No. 11-71841 Agency No. A008-920-096 MEMORANDUM* |
| ROSA MARIA JIMENEZ-GUDINO, Petitioner, v. ERIC H. HOLDER, Jr., Attorney General, Respondent. | No. 11-72706 Agency No. A008-920-096 |

On Petition for Review of an Order of the
Board of Immigration Appeals

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

Before: THOMAS, Chief Judge, and HAWKINS and NGUYEN, Circuit Judges.

Rosa Maria Jimenez-Gudino ("Jimenez") petitions for review of two orders of the Board of Immigration Appeals ("BIA") that (1) affirmed an Immigration Judge's denial of her motion to terminate proceedings and entry of a final order of removal, and (2) denied her motion to reconsider. We have jurisdiction under 8 U.S.C. § 1252, and we deny the petition.

In a previous memorandum disposition, we held Jimenez's petition in abeyance and transferred proceedings to the U.S. District Court for the Western District of Washington for de novo review of Jimenez's citizenship claim, in accordance with 8 U.S.C. § 1252(b)(5)(B). *See Jimenez-Gudino v. Holder*, 518 Fed. App'x 593 (9th Cir. 2013).

On October 31, 2014, the district court granted summary judgment to the government on Jimenez's citizenship claim, in part because Jimenez failed to file an opposition to the government's summary judgment motion. We see no error in the district court's conclusion and, therefore, we deny the petition for review.

**PETITION DENIED.**